IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SAMUEL STEWARD**
Reg. #07757-030                                                                    **PLAINTIFF**

v.                                   No. 2:15-cv-92-DPM

**UNITED STATES OF AMERICA**                                         **DEFENDANT**

JUDGMENT

Steward's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 September 2015